

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Frasor, Gabriy'el

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v. Peterson Bazin

Case No. _23cv344_
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Peterson Bazin (Defendant) (Plaintiff) is a citizen of CT (State) who presently resides at 79 Brookfield Rd Seymour, CT 06483 (mailing address)

2. Defendant Frasor, Gabriy'el (name of first defendant) (Plaintiff) is a citizen of CT (State) whose address is 213 Bunnell Street, Bridgeport, CT 06607

3. Defendant __Elijha Fraser__ is a citizen of __CT__
   (name of second defendant)                    (State)

whose address is __213 Bunnell Street Bridgeport, CT 06607__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

__28 U.S.C. §655__

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Defendant is a private active member in the Army National Guard who is a physical care attend to his mother who had a recent stroke. Defendant request a grant of relief under 28 U.S.C. §655 to a defendant who was not personally notified of the action of eviction.

Defendant filed an injunction that was denied without a hearing and to appeal the injunction defendant has to start the lengthy process navigating through the appeals process of state court housing decisions.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Defendant was not personally notified of action of eviction.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** Defendant is a active army National Guard soldier and can't find a place to live

Supporting Facts:

3

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

~~You~~ I request a 20 day stay, from the judgement of execution of eviction.

### F. JURY DEMAND

Do you wish to have a jury trial? (Yes)    No



_____
Original signature of attorney (if any)

Frasor, Gabriyél
Printed Name

( )
Attorney's full address and telephone

Email address if available

_____
**Plaintiff's Original Signature**

Printed Name
Frasor, Gabriyél

( )
Plaintiff's full address and telephone
213 Bunnell Street Bridgeport CT, 0669
06607

Email address if available
gabriyel.frasor@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Bridgeport__ on __03/16/23__.
         (location)                (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5